UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
LAMAR BROWN,                                                 :
:
                      Plaintiff,                                      :
:     22-CV-3941 (VSB)
       -against-                                             :
:     **ORDER**
LFG CORPORATION,                                             :
:
                     Defendant.                                     :
:
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on May 14, 2022, (Doc. 1), and filed an affidavit of service on June 28, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was July 11, 2022. (*See* Doc. 5.) On July 12, 2022, I ordered that if Plaintiff intended to seek default judgment, Plaintiff should do so by no later than July 19, 2022. (Doc. 6.) I warned, "If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has not sought default judgment or taken any other action to prosecute this case.

        Accordingly, this action is dismissed without prejudice pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

        SO ORDERED.

Dated:    July 20, 2022
            New York, New York

                                                        _____
                                                        VERNON S. BRODERICK
                                                        United States District Judge